25-16406 - Ram

**United States Bankruptcy Court**
**Southern District of Florida**

FILED-USBC, FLS-MI
'25 JUN 5 PM 3:01

In re   **KOI CREEK LLC**

Debtor(s)

Case No.
Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KOI CREEK LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**IMPACT ALLIANZ, LLC**
**1309 COFFEN AVE STE 1200**
**SHERIDAN, WY 82801**

**MAXTERRA DEVELOPERS, LLC**
**16192 COASTAL HIGHWAY**
**LEWES,, DE 19958**

☐ None [*Check if applicable*]

**June 05, 2025**

Date

Koi Creek, LLC
By Maxterra Developers, LLC
Its Managing Member
By Soimiro Fernandez
Its Managing Member