25-16406-Ram

FILED-USDC FLS-MI
'25 JUN 5 PM3:01

# United States Bankruptcy Court
## Southern District of Florida

In re    **KOI CREEK LLC**

Debtor(s)

Case No.

Chapter    **7**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **IMPACT ALLIANZ, LLC**<br>**1309 COFFEN AVE STE 1200**<br>**SHERIDAN, WY 82801** | | **50%** | **Membership Interest** |
| **MAXTERRA DEVELOPERS, LLC**<br>**16192 COASTAL HIGHWAY**<br>**LEWES,, DE 19958** | | **50%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 05, 2025**

Signature

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.